IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADRIAN DESJUAN BISHOP, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-18-172-R |
| ) | |
| STATE OF OKLAOMA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Bernard M. Jones for preliminary review. On February 7, 2018, Judge Jones issued a Report and Recommendation wherein he recommended the action be summarily dismissed because Petitioner's requested relief, release from detention, damages and reopening of prior actions in this Court, cannot be granted via a § 2241 action. The record reflects Petitioner has not objected the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY and this action is DISMISSED. Petitioner's Application for Leave to Proceed in Forma Pauperis is DENIED AS MOOT.

IT IS SO ORDERED this 26th day of March 2018.

*[signature]*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE